IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>    v.<br>ROBIN GATTIS,<br><br>                        Defendant. | Case No. 3:12-cr-00074-SLG |

### **ORDER**

Upon consideration of the defendant's Non-Opposed Motion to Declare Case Complex and Request to Continue Trial Date [46], the court shall consider the motion on the date previously set for the Final Pretrial Conference, September 24, 2012 at 3:00 p.m.

DATED at Anchorage, Alaska this 11th day of September, 2012.

                                                    /s/Sharon L. Gleason
                                                    United States District Judge